


**US POSTAGE PAID**
**$9.85**
Origin: 46077
03/20/24
1797790077-14

**PRIORITY MAIL®**

0 Lb 8.40 Oz
RDC 03

EXPECTED DELIVERY DAY: 03/25/24

SHIP TO: SAN JUAN PR 00901



USPS TRACKING® #



9505 5108 5721 4080 3636 80





**PRIORITY MAIL**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Raj Patel
6850 E. 21st Street
Indianapolis, IN 46219



TO: Clerk of Court
Jose V. Toledo USCthouse
300 Recinto Street
Suite 325
San Juan, PR 00901

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

■ Expected delivery date specified
■ Domestic shipments include $
■ USPS Tracking® service included
■ Limited international insurance
■ When used internationally, a cu

*Insurance does not cover certain items.
Domestic Mail Manual at http://pe.usps.c
** See International Mail Manual at http:/

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014
EP14F October 2023